KAREN P. HEWITT
United States Attorney
CAROLINE P. HAN
Assistant United States Attorney
California State Bar No. 250301
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5220
Facsimile:  (619) 235-2757
Email: caroline.han@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0555W |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| MARIO RODRIGUEZ-CHAVEZ, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None.

1    Effective this date, the following attorneys are no longer associated with this case and should not

2  receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.

3  Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4    Name

5    None.

6

7    Please call me at the above-listed number if you have any questions about this notice.

8    DATED: March 6, 2008.

9                                  Respectfully submitted,

10                                  KAREN P. HEWITT
                                   United States Attorney

11                                  /s/ *Caroline P. Han*

12                                  CAROLINE P. HAN
                                   Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                       UNITED STATES DISTRICT COURT

2                    SOUTHERN DISTRICT OF CALIFORNIA

3

4   UNITED STATES OF AMERICA,     )    Case No. 08CR0555W
                           )

5         Plaintiff,          )
                           )

6         v.               )
                           )    **CERTIFICATE OF SERVICE**

7   MARIO RODRIGUEZ-CHAVEZ,     )
                           )

8         Defendant.       )
                           )

9   _____)

10  IT IS HEREBY CERTIFIED THAT:

11      I, Caroline Han, am a citizen of the United States and am at least eighteen years of age.  My

12  business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

13      I am not a party to the above-entitled action.  I have caused service of the Notice of

14  Appearance as lead counsel for the United States, dated March 6, 2008, and this Certificate of

15  Service, dated March 6, 2008, on the following parties by electronically filing the foregoing with

16  the Clerk of the District Court using its ECF System, which electronically notifies them:

17  **Shaffy Moeel**

18  Federal Defenders of San Diego
    225 Broadway
    Suite 900

19  San Diego, CA 92101-5008
    (619)234-8467

20  Email: Shaffy_Moeel@fd.org
    *Attorneys for defendant*

21

22      I declare under penalty of perjury that the foregoing is true and correct.

23      Executed on March 6, 2008.

24

25        /s/ *Caroline P. Han*

26        CAROLINE P. HAN

          Assistant United States Attorney

27

28  Notice of Appearance
    United States v. Mario Rodriguez-Chavez    3                 08CR555W